IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **COLUMBUS, GEORGIA,**<br><br>      Plaintiff,<br><br>v.<br><br>**HOTELS.COM, L.P.,**<br><br>      Defendant. | Civil Action 4:11-CV-105 (HL) |

**ORDER**

Plaintiff's Motion for Expedited Consideration of Plaintiff's Motion to Remand (Doc. 6) is granted, in part, and denied, in part. Defendant must file its response to Plaintiff's Motion to Remand on or before August 17, 2011. Plaintiff's reply brief is due on or before August 24, 2011. All other deadlines in this case are stayed until the Court rules on the Motion to Remand.

**SO ORDERED**, this the 8th day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh