# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **COLUMBUS, GEORGIA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**HOTELS.COM, L.P.,**<br><br>　　　　Defendant. | Civil Action 4:11-CV-105 (HL) |

## ORDER

The Court has made an initial review of the Notice of Removal filed by Defendant Hotels.com, L.P. The Court notes that Defendant has filed over 5,000 pages of exhibits in connection with its removal notice. Counsel for Defendant are ordered to provide the Court with a list by document and page number as listed in the Court's docket[1], as well as specific paragraphs and lines, identifying the basis for removing this case. This list must be filed on or before September 6, 2011.

**SO ORDERED**, this the 30th day of August, 2011.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh

---

1  Example:    Notice of Removal at Document 10-1, pages 1-18